UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHEL MENDY,

                                  Case No.      2:13-cv-11712

        Plaintiff,

v.                                  HONORABLE GERALD E. ROSEN

BUREAU OF IMMIGRATION and
CUSTOMS ENFORCEMENT,

        Defendant.
_____/

## JUDGMENT

    For the reasons stated in the Order entered on May 06, 2013,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is

DISMISSED for lack of jurisdiction.


                                          DAVID WEAVER

Dated: May 6, 2013        By: s/Julie Owens
                                    Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 6, 2013, by electronic and/or ordinary mail.


                                          S/Julie Owens
                                          Case Manager, (313) 234-5135